# Court of Appeals
# of the State of Georgia

ATLANTA,  March 04, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0352. GRADY MULTIFAMILY II et al v. COURTNEY SIMMONS.**

This dispossessory action originated in magistrate court. Courtney Simmons appealed the magistrate ruling to superior court, and on January 12, 2026, the superior court found in her favor. On February 12, 2026, Grady Multifamily II and Ashley Auburn Point II ("the Applicants") filed this application for discretionary appeal.[1] We, however, lack jurisdiction.

Appeals in dispossessory actions, including applications for discretionary review, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025).[2] The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

---

[1] The Applicants attempted to file the application on February 11, 2026, but the Court was unable to accept the filing because the certificate of service, which was served via email, did not reflect a prior agreement permitting such service as required by Court of Appeals Rule(6)(b)(2).

[2] Although the superior court did not issue a writ of possession, the underlying subject matter of this case is a dispossessory action. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011).

Because the Applicants filed this application 31 days after entry of the superior court's order, it is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___03/04/2026_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*